# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darrell Tyrone Wroten, II,<br><br>Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>Respondents. | No. CV-18-02669-PHX-ROS<br><br>**ORDER** |

On May 8, 2019, Magistrate Judge John Z. Boyle issued a Report and Recommendation concluding the Petition for Writ of Habeas Corpus should be dismissed with prejudice. (Doc. 11.) Petitioner did not file any objections. Therefore, the Report and Recommendation will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 11) is **ADOPTED IN FULL** and the Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITH PREJUDICE**.

….

….

….

….

….

….

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed in forma pauperis on appeal are denied because dismissal of the petition is justified by a plain procedural bar and reasonable jurists would not find the ruling debatable.

Dated this 18th day of June, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge